# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| MID-AMERICA BANK & TRUST COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 08-03336-CV-S-GAF<br>) |
| MIDDLE AMERICA WIRELESS, LLC, and SMALL BUSINESS ADMINISTRATION, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Presently before the Court is Plaintiff Mid-America Bank & Trust Company's ("Mid-America") Motion to Stay Defendant Small Business Administration's ("SBA") Motion to Dismiss. (Doc. #91). Mid-America seeks to have the Court stay SBA's Motion to Dismiss until the Court has ruled upon its Motion for Leave to File a Second Amended Complaint. (Doc. #91, 86). SBA objects, arguing that, notwithstanding Mid-America's proposed amendments to its Complaint, the Complaint would still warrant the Court to dismiss the case on the same grounds as stated in its Motion to Dismiss. (Doc. #96). After review and consideration, it is

**ORDERED** that Mid-America's Motion to Stay is **DENIED**. Mid-America shall have up to and including ten (10) days from the date of this Order to file its Suggestions in Opposition to SBA's Motion to Dismiss.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: August 10, 2009