IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA BANK & TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08-03336-CV-S-GAF |
| MIDDLE AMERICA WIRELESS, LLC, and SMALL BUSINESS ADMINISTRATION, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Presently before the Court is Defendant Middle America Wireless' ("MAW") Motion to Strike Mid-America Bank & Trust Company's ("Mid-America") Affirmative Defenses pursuant to Fed. R. Civ. P. 12(f). (Doc. #78). MAW requests the Court to strike from Mid-America's Answer to MAW's Counterclaim paragraphs 18 through 47 under the heading "Affirmative Defenses," arguing that these paragraphs do not contain defenses or that they are immaterial and irrelevant. *Id.* Mid-America objects. (Doc. #93). After review and consideration of the paragraphs at issue, it is

**ORDERED** that MAW's Motion to Strike is **DENIED**.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: August 10, 2009